tion to dismiss appeal from judgment granted, with $10 costs. Order filed. Decision reserved on motion to dismiss appeal from order, as stated in opinion per curiam. See, also, 131 N. Y. Supp. 1116.

GELLER FLOOR & WALL TILE CO., Respondents, v. KINGS IMPROVEMENT CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 21, 1911.) Action by Geller Floor & Wall Tile Co. against the Kings Improvement Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

GEORGE H. RICE CO., Respondent, v. SAUL, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by the George H. Rice Company against Louis Saul.

PER CURIAM. Judgment and order of the Municipal Court reversed, and new trial ordered, costs to abide the event, for error in the exclusion of evidence of the conversation offered to be proven at page 55 of the minutes. See, also, 131 N. Y. Supp. 1116.

GERARD et al., Respondents, v. WARD et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 21, 1911.) Action by Daniel M. Gerard and another against Louis De Lancy Ward and another. No opinion. Judgment and order unanimously affirmed, with costs.

GILLEN, Appellant, v. WALSH, Respondent. (Supreme Court, Appellate Division, Second Department. December 21, 1911.) Action by Emilia E. Gillen against John Walsh. No opinion. Order of the Municipal Court reversed, with costs, and action remitted to the Municipal Court for joinder of issue, on the ground that the summons was served in accordance with the statute.

GOLDBERG, Appellant, v. GRAHAM, Respondent. (Supreme Court, Appellate Division, Second Department. December 15, 1911.) Action by Michael Goldberg, by Samuel Goldberg, his guardian ad litem, against James Graham. No opinion. Motion for reargument denied, without costs. For former opinion, see 131 N. Y. Supp. 681.

GOLDBERG, Respondent, v. JAMES S. WEMYSS CO., Appellants. (Supreme Court, Appellate Division, Second Department. December 8, 1911.) Action by Meyer Goldberg against the James S. Wemyss Company.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that the contract afforded plaintiff only the right to pick out 1,000 bundles from the stock "as it is,"

but not to break open the bundles and to pick out from the broken bundles such rolls as he wished. See, also, 131 N. Y. Supp. 1117.

HIRSCHBERG and RICH, JJ., vote for affirmance.

GOODNOFF, Respondent, v. LEVY, Appellant (two cases). (Supreme Court, Appellate Division, First Department. December 15, 1911.) Action by Annie Goodnoff, an infant, and by Louis Goodnoff, against Abraham M. Levy. E. C. Sherwood, for appellant. S. Pierson, for respondent. No opinions. Judgments affirmed, with costs. Order filed.

GORDON et al., Respondents, v. FELDBERG, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Supplemental proceedings by Morris Gordon and another against Henry B. Feldberg.

PER CURIAM. Motion granted, without costs, upon condition that the appellant perfect his appeal, place the cause on the calendar for January 22, 1912, and be ready for argument when reached; otherwise, motion denied, with $10 costs.

GOTTS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 29, 1911.) Action by Albert G. Gotts, as administrator, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 140 App. Div. 941, 126 N. Y. Supp. 1130.

McLENNAN, P. J., and SPRING, J., dissent, upon the ground that plaintiff's intestate was not shown free from contributory negligence.

In re GRADE DAMAGE COMMISSIONERS. (Supreme Court, Appellate Division, First Department. December 8, 1911.) In the matter of the Grade Damage Commissioners. With this case has been consolidated in this court cases bearing titles as follows: In re Astor; In re Janes; In re Morrison; In re Neil. Applications granted. Opinion per curiam. Settle orders on notice. See, also, 122 App. Div. 904, 106 N. Y. Supp. 1128; 135 App. Div. 918, 120 N. Y. Supp. 1126.

GRANT, Respondent, v. SHERRY, Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Harry D. Grant against William L. Sherry. J. W. Browne, for appellant. A. Caruthers, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GRAY v. McLAUGHLIN. (Supreme Court, Appellate Division, First Department. Janu-